**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name <u>Wilkins         Keenan                    </u>
     (Last)           (First)          (Initial)

Prisoner Number <u>ART 278</u>

Institutional Address <u>Santa Rita Jail- 5325 Broder Blvd Dublin, CA 94568</u>

================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>Keenan Wilkins et. al</u>
(Enter the full name of plaintiff in this action.)

vs.

1) <u>Sheriff Greg Ahern; Alameda</u>
<u>County; 3) Prison Health</u>
<u>Services  4) Criminal Justice Men Health</u>
<u>5) Nurse Maria  6) Dr. Chan</u>
<u>7) - 100) Jane and John Doe et al.</u>
(Enter the full name of the defendant(s) in this action)

Case No. <u>CV 08 3850</u>
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement <u>Santa Rita Jail</u>

   B.   Is there a grievance procedure in this institution?
        YES (X)    NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?
        YES (X)    NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal <u>Verbal Talking about problems with no Relief</u>

2. First formal level <u>Various Grievances - Denied - If affirmed issue does not Change.</u>

3. Second formal level <u>Always Concurs with 1st level Decision. Does not follow State Statue in regards to Appeals - futile nor effective</u>

4. Third formal level <u>Various letters to Sheriff and other Superiors for relief - Most letters ignored. Some Responses Falsified</u>

    E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES (X)   NO ( )

    F.  If you did not present your claim for review through the grievance procedure, explain why. ____

II.  Parties.

    A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

1) <u>Keenan Wilkin - Santa Rita Jail - 5325 Broder Blvd Dublin CA. 94568</u>   2) <u>Adrian Stoner (ASB 884) Santa Rita Jail</u>   3) <u>Myron Jacobs (AUB 269) Santa Rita Jail</u>

    B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

1) <u>Sheriff Greg Ahern   2) Alameda County   3) Prison Health</u>

COMPLAINT                    -2-

1  Services 4) Criminal Justice Mental Health
2  5) Nurse Maria 6) Dr Chan 7) - 100) Jane and
3  or John Does. All Defendants are sued in their Official
4  and Individual Capacities.
5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  1) Due Process - Inmates Are Denied Medical attention;
11  inadequate medical treatment; Delay; 2) Due Process -
12  Retaliation; Excessive Force 3) Due Process - Denial
13  of Bodily Privacy 4) Due Process - Access to Courts
14  5) Due Process - Equal Protection/Discrimination
15  6) Due Process - Overcrowding creating hardships
16  7) Due Process - Exercise and Recreation 8) Due
17  Process - Adequate Food 9) First Amendment - Access to
18  Courts 10) First Amendment - Freedom of Speech an
19  Expression. 11) Cruel and Unusual Punishment - Deliberate
20  Indifference to Inmates Serious Medical needs
21  12) Conspiracy to Deprive of Constitutional Rights
22  Please see attached addendum with Brief Statement of Facts
23  IV.   Relief.
24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  1) Preliminary Injunction Relief 2) Injunction Relief
27  3) Declatory Relief 4) Punitive Damages 5) Compensatory
28  Damages

COMPLAINT                         - 3 -

1
2
3
4
5    I declare under penalty of perjury that the foregoing is true and correct.
6
7    Signed this ___3rd___ day of ___August___, 20_08_
8
9                     _____Keenan Wilkins_____
10                              (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -

# Addendum To Statement of Claim

This suit is submitted as a Class Action on behalf of Pre-trial Detainees and Prisoners detained at Santa Rita Jail, for Declatory Relief, Injunction Relief, Compensatory Relief, and Punitive Relief for Continuous, Willful, Malicescious and Wanton Violations of Inmates Constitutional Rights

1) Daily Exposure to Dangerous Conditions.
SRJ is not properly staffed pursuant to State Regulations and Minimum Jail Standards. Inmates are daily locked in cells for many hours (sometimes over 24hrs straight) with no direct visual safety checks of inmates pursuant to Mandatory State Regulations

2) Inmates are being denied Medical treatment, receiving delayed Medical attention, and receiving inadequate Medical treatment on a daily basis. Prison Health Services and Criminal Justice Mental Health blantantly demonstrate deliberate indifference to Inmates Serious Medical needs.

3) Mental Health Inmates are daily locked in cells for 23 or more hours a day. Mental Health inmates are not allowed to clean their cells. Mental health inmates share housing with administative Segregation Inmates. Mental Health inmates are Discriminated against for having Mental disorders.

4) Inmates are required and expected to use hair clippers after other inmates without first disenfecting and cleaning after each use. This is a health hazard.

(1)

Continued Addendum

5) Inmates are not given an orientation nor rule book when booked into SRJ pursuant to mandatory State Regulation. Rules are not posted in housing units. Inmates are written up and disciplined for violating rules they don't know.

6) Disciplinary hearings/procedures violate Due Process as after you have a hearing you are not told the outcome - were you found guilty/not guilty, or who made the finding. etc. If found guilty you are not informed of what. You just may receive a document in the mail advising you are on LOP (Loss of Privilidges).

7) Inmates are not being provided with nutritionally adequate food.

8) Overcrowding

9) Inmates are being assaulted and killed by excessive Force used by Deputies.

10) Upon booking inmates are kept in a room with an overcrowd of inmates for 48hrs or more. Inmates are not given bedding, hygiene, Mattresses etc. Inmates are given bologna sandwiches for breakfast, lunch, dinner. The overcrowd of inmates create a health and safety hazard.

11) Inmates are retaliated against by Deputies for seeking Redress though grievances.

②

12) Inmates visits are taken as punishment for rule infractions that have nothing to do with visiting nor the security of the institution. State Regulations Mandatory language "shall" makes visiting a right.

13) Inmates are required and expected to have private conversations with attorney on a phone behind a glass with 20 or more inmates present in court holding facilities.

14) When an Inmate receives legal mail, Jail officials give inmates the contents but take the envelope as a record. This is the inmate personal property. They also do not give inmates anything to put the confidential legal mail in, leaving all the documents for others to see. Confidential mail is exposed for cellmates to see.

5) Routinely 30 days or more can pass without inmates having outside Recreation and exercise.

16) Inmates are required and expected to use the restroom openly in an overcrowded room in front of others. There is no divider or anything for bodily privacy from the other inmates and female and male deputies who continuously open and close door.

17) Inmates are denied access to law library and to people trained in law. LRS provide a service where if you know the info you want and request it you may receive it - but no answers to questions or help to fill out forms.

(3)

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
Keenan Wilkins

**DEFENDANTS**
Sheriff Greg Ahern ET al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
N/A

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐870 Taxes (US Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☒550 Civil Rights | | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | | |
| | ☐480 Consumer Credit | | | | |
| | ☐490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____ Various Demands  CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". Case No: C08-1084 MMC Judge Chesney

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)  ☒ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE

DATE 8.3.08

SIGNATURE OF ATTORNEY OF RECORD
Pro Se  Keenan Wilkins

E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01084-MMC
### Internal Use Only

| | |
|---|---|
| Wilkins v. Ahern<br>Assigned to: Hon. Maxine M. Chesney<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 02/22/2008<br>Jury Demand: None<br>Nature of Suit: 555 Prisoner: Prison Condition<br>Jurisdiction: Federal Question |

**Plaintiff**

Keenan G. Wilkins            represented by  **Keenan G. Wilkins**
Santa Rita Jail
Nerrah Brown-Art 278
5325 Broden Boulevard
Dublin, CA 94568
PRO SE

V.

**Defendant**
**Sheriff Greg Ahern**

**Defendant**
**Alameda County**

**Defendant**
**Criminal Justice Mental Health Department**

**Defendant**
**Prison Health Services**

**Defendant**
**Director Millie Swafford**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2008 | 1 | COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C. 1983 (NO PROCESS); (IFP PENDING) against Greg Ahern. Filed byKeenan G. Wilkins. (aaa, Court Staff) (Filed on 2/22/2008) (Entered: 02/26/2008) |
| | | |

CAND-ECF  Page 2 of 2
Case 3:08-cv-03850-MMC   Document 1   Filed 08/12/2008   Page 10 of 11

| 02/22/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Keenan G. Wilkins. (aaa, Court Staff) (Filed on 2/22/2008) (Entered: 02/26/2008) |
|---|---|---|
| 02/22/2008 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 2/22/2008) (Entered: 02/26/2008) |
| 03/04/2008 | 3 | Mail sent to Keenan G. Wilkins returned as undeliverable re 1 Complaint & ECF Registration Information Handout. (aaa, Court Staff) (Filed on 3/4/2008) (Entered: 03/05/2008) |
| 03/20/2008 | 4 | MOTION for Leave to File Amended Complaint filed by Keenan G. Wilkins. (aaa, Court Staff) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 5 | AMENDED COMPLAINT against Alameda County, Criminal Justice Mental Health Department, Prison Health Services, Millie Swafford, Greg Ahern. Filed byKeenan G. Wilkins. (aaa, Court Staff) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 6 | MOTION to Appoint Counsel filed by Keenan G. Wilkins. (aaa, Court Staff) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/26/2008 | 7 | NOTICE of Change of Address by Keenan G. Wilkins (aaa, Court Staff) (Filed on 3/26/2008) (Entered: 03/27/2008) |
| 04/24/2008 | 8 | MOTION to Amend Claim to Add Names of Doe's filed by Keenan G. Wilkins. (aaa, Court Staff) (Filed on 4/24/2008) (Entered: 04/28/2008) |
| 05/14/2008 | 9 | MOTION TO ADD SPECIFICS OF VIOLATIONS ON EACH KNOWN DEFENDANT filed by Keenan G. Wilkins. (aaa, Court Staff) (Filed on 5/14/2008) (Entered: 05/15/2008) |
| 06/05/2008 | 10 | Letter dated 6/2/08: from Keenan Wilkins re request for case status. (aaa, Court Staff) (Filed on 6/5/2008) (Entered: 06/09/2008) |

Neenan Wilkins - AKT278
Santa Rita Jail
5325 Broder Blvd
Dublin, CA. 94568

RECEIVED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, of the U.S. District Court for the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA. 94102

