FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keenan Wilkins et al, Plaintiff,

vs.

Greg Ahern ET. AL Defendant.

CV 08 3850 CASE NO.

MMC (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Keenan Wilkins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: — Net: —

Employer: —

—

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SELF Employed - Manager/Promotor 2006

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No X

b. Income from stocks, bonds, or royalties? Yes ___ No X

c. Rent payments? Yes ___ No X

d. Pensions, annuities, or life insurance payments? Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

—

—

3. Are you married? Yes ___ No X

Spouse's Full Name: —

Spouse's Place of Employment: —

Spouse's Monthly Salary, Wages or Income:

Gross $ — Net $ —

4. a. List amount you contribute to your spouse's support:$ —

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

I am incarcerated and have been for 1 1/2 yrs.

No income coming in nor going out

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $ — Amount of Mortgage: $ —

6. Do you own an automobile? Yes ___ No X

Make — Year — Model —

Is it financed? Yes ___ No ___ If so, Total due: $ —

Monthly Payment: $ —

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: —

—

Present balance(s): $ —

Do you own any cash? Yes X No ___ Amount: $ 16.00 (sixteen Dollars)

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

8. What are your monthly expenses?

Rent: $ — Utilities: —

Food: $ — Clothing: —

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| — | $ — | $ — |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Some Outstanding Deliquent accounts - Not sure of them - Information unavailable

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

U.S. District Court Case No: C08-1084MMC Judge Chessney

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-3-08 — DATE

Keenan Wilkins — SIGNATURE OF APPLICANT

ART278
6.C.3.

Case Number: ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Nerrak Brown AKA Keenan Wilkins [prisoner name] for the last six months Santa Rita Jail, Alameda Co [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 44.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 23.87.

Dated: 7/7/08

M Garcia Acctg Supervisor
[Authorized officer of the institution]

PFN/AJIS: ART278 HFA: SRJ NAME: BROWN, NERRAH NMN ACCT BAL: 51.00

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE | LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|
| 04/18/08 | SRJ | SF-01681 | DCOM | DB COMM | 15.50- | 24.50 | |
| 04/25/08 | SRJ | SF-03931 | DCOM | DB COMM | 8.14- | 16.36 | |
| 05/02/08 | SRJ | SF-06304 | DCOM | DB COMM | 14.53- | 1.83 | |
| 06/05/08 | SRJ | TS-06865 | CVIS | CR VISI | 30.00 | 31.83 | |
| 06/06/08 | SRJ | SF-17872 | DCOM | DB COMM | 21.92- | 9.91 | |
| 06/13/08 | SRJ | SF-20441 | DCOM | DB COMM | 3.44- | 6.47 | |
| 06/20/08 | SRJ | SF-22421 | DCOM | DB COMM | 4.82- | 1.65 | |
| 06/27/08 | SRJ | SF-24746 | DCOM | DB COMM | 1.50- | .15 | |
| 07/03/08 | SRJ | TS-15191 | CVIS | CR VISI | 100.00 | 100.15 | |
| 07/04/08 | SRJ | SF-26922 | DCOM | DB COMM | 49.15- | 51.00 | |

PFN/AJIS: AJB884 HFA: SRJ NAME: STONER, ADRIAN PHILLIP ACCT BAL: 64.28

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|
| 03/28/08 | SRJ | 15-98417 | CBKG CR NBOK | .00 | .00 | W:932 |
| 03/28/08 | SRJ | 15-98417 | CNEW CR NBKD | 15.00 | 15.00 | |
| 04/04/08 | SRJ | SE-96860 | DCOM DB COMM | 13.66- | 1.34 | |
| 04/10/08 | SRJ | TR-89875 | CVIS CR VISI | 100.00 | 101.34 | |
| 04/11/08 | SRJ | SE-99274 | DCOM DB COMM | 29.36- | 71.98 | |
| 04/18/08 | SRJ | SF-01684 | DCOM DB COMM | 15.74- | 56.24 | |
| 04/25/08 | SRJ | SF-03927 | DCOM DB COMM | 26.43- | 29.81 | |
| 04/26/08 | SRJ | SF-04339 | DMED | 3.00- | 26.81 | |
| 04/29/08 | SRJ | SF-05819 | DMED | 3.00- | 23.81 | |
| 05/02/08 | SRJ | SF-06297 | DCOM DB COMM | 22.67- | 1.14 | |

932 W:RECEIPT HAS ADJ(S) POSTED 338 PRESS PA1 FOR NEXT PAGE

PFN/AJIS: ART278 HFA: SRJ NAME: BROWN, NERRAH NMN ACCT BAL: 51.00

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE | LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|
| 10/19/07 | SRJ | SE-39251 | DCOM | DB COMM | 21.70- | 153.30 | |
| 10/26/07 | SRJ | SE-41587 | DCOM | DB COMM | 9.67- | 143.63 | |
| 10/31/07 | SRJ | TR-41011 | CVIS | CR VISI | 100.00 | 243.63 | |
| 11/02/07 | SRJ | SE-44302 | DCOM | DB COMM | 45.48- | 198.15 | |
| 11/06/07 | SRJ | TR-43067 | CVIS | CR VISI | 140.00 | 338.15 | |
| 11/07/07 | SRJ | TR-43094 | DRLS | DB RLSE | 338.15- | .00 | |
| 03/31/08 | SRJ | TR-86637 | COTH | CR OTHE | 50.00 | 50.00 | |
| 04/04/08 | SRJ | SE-96867 | DCOM | DB COMM | 49.16- | .84 | |
| 04/16/08 | SRJ | SF-01208 | DMED | | .84- | .00 | |
| 04/17/08 | SRJ | TR-92133 | CVIS | CR VISI | 40.00 | 40.00 | |

338 PRESS PA1 FOR NEXT PAGE

Case Number: ________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of STONER, ADRIAN / AJB884 [prisoner name] for the last six months ALAMEDA COUNTY SANTA RITA JAIL [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 110.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 37.45.

Dated: 7/30/08

[signature] Supervisor
[Authorized officer of the institution]

PFN/AJIS: AJB884 HFA: SRJ NAME: STONER, ADRIAN PHILLIP ACCT BAL: 64.28

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE | LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|
| 06/27/08 | SRJ | SF-24749 | DCOM | DB COMM | 26.93- | 60.92 ✓ | |
| 07/04/08 | SRJ | SF-26924 | DCOM | DB COMM | 18.75- | 42.17 | |
| 07/11/08 | SRJ | SF-29208 | DCOM | DB COMM | 17.21- | 24.96 | |
| 07/17/08 | SRJ | SF-31049 | DMED | | 3.00- | 21.96 | |
| 07/18/08 | SRJ | SF-31400 | DCOM | DB COMM | 20.84- | 1.12 | |
| 07/21/08 | SRJ | TS-20475 | CMAI | CR MAIL | 75.00 ✓ | 76.12 | |
| 07/25/08 | SRJ | SF-33681 | DCOM | DB COMM | 11.84- | 64.28 ✓ | |

JQAT.AJB884 INMATE ACCOUNT TRANSACTIONS 07/30/08 1907 PAGE 2

PFN/AJIS: AJB884 HFA: SRJ NAME: STONER, ADRIAN PHILLIP ACCT BAL: 64.28

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE | LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|
| 05/07/08 | SRJ | TR-98122 | CVIS | CR VISI | 100.00 | 101.14 | |
| 05/09/08 | SRJ | SF-08643 | DCOM | DB COMM | 26.71- | 74.43 | |
| 05/16/08 | SRJ | SF-10952 | DCOM | DB COMM | 24.60- | 49.83 | |
| 05/23/08 | SRJ | SF-13370 | DCOM | DB COMM | 32.58- | 17.25 | |
| 05/30/08 | SRJ | SF-15644 | DCOM | DB COMM | 16.48- | .77 | |
| 06/03/08 | SRJ | TS-06150 | CVIS | CR VISI | 100.00 | 100.77 | |
| 06/06/08 | SRJ | SF-17880 | DCOM | DB COMM | 25.32- | 75.45 | |
| 06/13/08 | SRJ | SF-20134 | DCOM | DB COMM | 26.94- | 48.51 | |
| 06/20/08 | SRJ | SF-22418 | DCOM | DB COMM | 25.66- | 22.85 | |
| 06/26/08 | SRJ | TS-12977 | CVIS | CR VISI | 65.00 | 87.85 | |

338 PRESS PA1 FOR NEXT PAGE