1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5
KEENAN WILKINS, et al.,
6                                                          No. CV-08-3850 MMC (PR)

7                Plaintiffs,

8      v.                                        **JUDGMENT IN A CIVIL CASE**

9
SHERIFF GREG AHERN, et al.,
10
                Defendants.
11   _____/

12
        **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
have been tried and the jury has rendered its verdict.
14
        **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or  heard and a decision has been rendered.
16
        **IT IS SO ORDERED AND ADJUDGED**
17
        1. The instant action is hereby DISMISSED with prejudice.
18
        2. Plaintiff's motion to add additional defendants is hereby DENIED.
19
        3. Plaintiff's motions for the appointment of counsel are hereby DENIED.
20

21   Dated: February 9, 2009                    Richard W. Wieking, Clerk

22

23                                              By: Tracy Lucero
                                                Deputy Clerk
24

25

26

27

28